JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX E. URQUIZA, | Case No.: 2-24-cv-05875-CV (RAOx) |
| Plaintiff, | **ORDER ON JOINT STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT** |
| v. | |
| PUBLICIS USA PRODUCTION SOLUTIONS, INC., and DOE 1-25, INCLUSIVE, | |
| Defendants. | |

On October 8, 2025, Plaintiff Felix E. Urquiza and Defendant Publicis USA Production Solutions, Inc. (collectively the "Parties") submitted a Joint Stipulation to Dismiss the Lawsuit with Prejudice Pursuant to Settlement ("Stipulation"). Doc. # 33. The Court, having reviewed the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

1.      The lawsuit is dismissed with prejudice;

2.      No party is entitled to obtain fees or costs from this dismissal other than what is provided for in the settlement agreement.

**IT IS SO ORDERED.**

Dated:    10/29/25

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT COURT JUDGE